**Order filed August 31, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO.  14-20-00824-CR
_____

**THE STATE OF TEXAS, Appellant**

**V.**

**AUSTIN REYES-CISNEROS, Appellee**

**On Appeal from County Criminal Court at Law No. 8**
**Harris County, Texas**
**Trial Court Cause No. 2232126**

## O R D E R

This appeal is brought an order signed December 2, 2020, by the trial court. The State has notified this court that order was vacated by the trial court on August 17, 2021. Accordingly, it appears the State's appeal is moot and the appeal should be dismissed for want of jurisdiction.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before September 9, 2021, containing the order, if any, signed by the

trial court on August 17, 2021, vacating the trial court's order of December 2, 2020.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

If the record is supplemented with an order vacating the order being appealed, the court will consider dismissal of the appeal on its own motion for want of jurisdiction unless any party files a response on or before **September 30, 2021,** showing meritorious grounds for continuing the appeal.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Hassan and Poissant.